**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7612**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

URIAH ST. AUBYN CAMPBELL, a/k/a Jamaican Tony,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CR-96-25)

_____

Submitted: April 15, 1999          Decided: April 21, 1999

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Uriah St. Aubyn Campbell, Appellant Pro Se. N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Uriah Campbell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Furthermore, Campbell has failed to demonstrate that the Government impeded his efforts to file a § 2255 motion. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Campbell, No. CR-96-25 (E.D. Va. Oct. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED